IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILMARIO DEVONDRIC
TRUEBLOOD,

    *Petitioner*,

v.                                                  Case No.: 4:21cv19-MW/EMT

MARK INCH, Secretary, Florida
Department of Corrections,

    *Respondent*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 29, 2021.**

                                                  s/Mark E. Walker
                                                  **Chief United States District Judge**