IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILMARIO DEVONDRIC TRUEBLOOD,**

    *Petitioner*,

v.                       Case No.: 4:21cv19-MW/EMT

**RICKY D. DIXON,**

    *Respondent.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections, ECF No. 28. This Court has also reconsidered *de novo* Petitioner's application for certificate of appealability. ECF No. 31. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 20, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**." Petitioner's application for certificate of appealability, ECF No. 31, **DENIED**. The

Clerk shall close the file.

**SO ORDERED on February 17, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
